UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PAULINE D. SULLIVAN, | ) |
| | ) CIVIL ACTION NO. 1:13-CV-00974 |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) HON. HUGH W. BRENNEMAN, JR |
| COMMISSIONER OF SOCIAL SECURITY, | ) U.S. MAGISTRATE JUDGE |
| | ) |
| DEFENDANT. | ) |

# **J U D G M E N T**

In accordance with this Court's order dated  3/7/2014 , judgment is hereby entered in Plaintiff's favor reversing the Commissioner's decision with remand to an Administrative Law Judge to further evaluate the medical opinion evidence, reassess the claimant's residual functional capacity, and, if warranted, obtain supplemental evidence from a vocational expert. This remand is pursuant to the fourth sentence of 42 U.S.C. § 405(g).  See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

                                              /s/ Hugh W. Brenneman, Jr.
                                              U.S. Magistrate Judge

Dated:  3/7/2014